# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 481 | **DATE** | 4/15/2013 |
| **CASE TITLE** | Danielle Mowatt vs. Playboy Enterprises International, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Notice, the Plaintiff dismisses this action with prejudice as to Defendant Playboy Enterprises International, Inc., only. Motion to dismiss [26] is stricken as moot. Ruling set for 5/24/2013 on Plaintiff's motion to strike Defendant Adrenaline Y2K's affirmative defenses to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|