**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIELLE MOWATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-0481 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| ADRENALINE Y2K, INC., *et al.* ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Danielle Mowatt and Defendant, AdrenalineY2K, Inc., hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED:

Dated: July 23, 2013

DANIELLE MOWATT                               ADRENALINEY2K, INC.

By: s/ William M. Sweetnam                    By: s/ Michael T. Sprengnether

William M Sweetnam                            Michael T. Sprengnether
SWEETNAM LLC                                  DOHERTY & PROGAR LLC
582 Oakwood Avenue, Suite 200                 200 West Adams Street, Suite 2220
Lake Forest, Illinois 60045                   Chicago, Illinois 60606
(847) 559-9040                                (312) 630-9630
(847) 919-4399 (fax)                          (312) 630-9001 (fax)
wms@sweetnamllc.com

*Attorneys for Plaintiff Danielle Mowatt*     *Attorneys for AdrenalineY2K, Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on July 23, 2013, the foregoing document was served on all parties who are not in default or their counsel of record through the Court's CM/ECF system, if they are registered users or, if they are not, by serving a true and correct copy on them at their U.S. postal addresses.

                                                      s/ William M. Sweetnam